# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DPR CONSTRUCTION, INC.,**

     **Plaintiff,**

**v.**                               **Case No.  8:03-cv-2050-T-30EAJ**

**REES ASSOCIATES, INC.,**

     **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Rees Associates, Inc.'s ("Rees") Motion for Summary Judgment (Dkt. #38) and its memoranda of law in support of its motion for summary judgment (Dkts. ##39 & 40).  In total, Defendant Rees has filed forty-eight (48) pages in support of its motion for summary judgment.  Local Rule 3.01(c) limits a party's motion and accompanying memorandum of law to twenty (20) pages in length.  A party may not circumvent this twenty (20) page limit by filing separate motions and memoranda of law.  Accordingly, Defendant Rees Associates, Inc.'s ("Rees") Motion for Summary Judgment (Dkt. #38) and its memoranda of law in support of its motion for summary judgment (Dkts. ##39 & 40) are hereby **stricken** and the Clerk is directed to return them to Defendant Rees with a copy of this Order.

     **DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-2050.strike 301c.wpd