**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DPR CONSTRUCTION, INC.,**

    **Plaintiff,**

v.                                                                        Case No.  8:03-cv-2050-T-30EAJ

**REES ASSOCIATES, INC.,**

    **Defendant.**
_____/

## ORDER ASSESSING COSTS

THIS CAUSE came before the Court for Jury Trial on February 13, 2006.  Defense counsel orally requested a trial continuance and agreed to reimburse the Court for the costs of bringing in a jury panel for this case, and to reimburse Plaintiff for all costs in appearing for trial on February 6, 2006, (including expenses for set-up and witness expenses, but excluding attorney preparation time) and expenses incurred (including attorney fees) in discovery related to the new issue of saw-cut expansion joints .  It is therefore

ORDERED AND ADJUDGED that:

1.   Defendant shall reimburse Jury Services for the sum of **$1,173.60** within thirty (30) days of the date of this Order.  Said payment shall be payable to the "Clerk of the Court" and be delivered to the Sam Gibbons U. S. Courthouse, 801 North Florida Avenue, 2nd Floor, Tampa, Florida 33602.  Defendant shall provide a copy of this Order to the Clerk of the Court along with the required payment.

2.	The parties shall agree on the amount to be paid Plaintiff failing which Plaintiff shall file the appropriate motion for assessment by this Court.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Attachment:**
Cost Assessment Bill

**Copies furnished to:**
Counsel/Parties of Record
Judy Thompson, Jury Services

F:\Docs\2003\03-cv-2050.jury costs order.frm