UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DPR CONSTRUCTION, INC.,**

    **Plaintiff,**

v.                                       Case No.  8:03-cv-2050-T-30EAJ

**REES ASSOCIATES, INC.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the following:

(1)    Plaintiff DPR Construction, Inc.'s Motion for Clarification of February 6, 2006 Orders (Dkt. 152) and Defendant's Response to the same (Dkt. 155); and

(2)    Defendant Rees Associates, Inc's Motion to Allow Rees to take Depositions of Witnesses and to Compel Appearance of Said Witnesses (Dkt. 161), Plaintiff's Response thereto (Dkt. 163) and hearing on the same.

For the reasons stated in open court, it is hereby ORDERED AND ADJUDGED that Plaintiff DPR Construction, Inc.'s Motion for Clarification of February 6, 2006 Orders (Dkt. 152) is **GRANTED in part and DENIED in part** as stated on record in open Court. Additionally, Defendant Rees Associates, Inc's Motion to Allow Rees to take Depositions of Witnesses and to Compel Appearance of Said Witnesses (Dkt. 161) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-2050 - Order- Motion for Clarification and Motion to Compel.frm