# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DPR CONSTRUCTION, INC.

Plaintiff

v.                                             Case No.  8:03-cv-2050-T-30EAJ

REES ASSOCIATES, INC.

Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**      This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Rees Associates, Inc. and against the Plaintiff, DPR Construction, Inc.


Date:   September 21, 2006                SHERYL L. LOESCH, CLERK


                                          By:  S. Boswell, Deputy Clerk